JS-6

1
2
3
4
5
6
7
8
9
10           UNITED STATES DISTRICT COURT
11      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
12

| TML RECOVERY, LLC, a California limited liability company, | Case No. 8:20-cv-0269-DOC-JDE |
|---|---|
| Plaintiff, | And Related Cases:<br>8:20-cv-0271-DOC-JDE<br>8:20-cv-0272-DOC-JDE<br>8:20-cv-0273-DOC-JDE<br>**8:20-cv-0274-DOC-JDE** |
| v.<br>CIGNA CORPORATION, a Delaware corporation, et al.,<br>Defendants. | **ORDER GRANTING STIPULATION TO COORDINATE AND CONSOLIDATE BRIEFING SCHEDULE [14]**<br><br>Complaint filed: December 31, 2019<br>Removed: February 11, 2020 |
| AND RELATED CASES. | |

Having considered TML Recovery, LLC, MMR Services, LLC, Southern California Recovery Centers Oceanside, LLC, Addiction Health Alliance, LLC, DR Recovery Encinitas, LLC, Cigna Corporation, Cigna Health and Life Insurance Co., Connecticut General Life Insurance Co., Cigna Behavioral Health, Inc., Cigna Behavioral Health of California, Inc., Cigna Health Management, Inc., Viant, Inc., and MultiPlan, Inc.'s Stipulation to Coordinate and Consolidate Motion to Dismiss Briefing, for good cause shown, the Court orders as follows:

(1) Either plaintiffs TML Recovery, LLC, MMR Services, LLC, Southern California Recovery Centers Oceanside, LLC, Addiction Health Alliance, LLC, and DR Recovery Encinitas, LLC will file a consolidated complaint, or Cigna Corporation, Cigna Health and Life Insurance Co., Connecticut General Life Insurance Co., Cigna Behavioral Health, Inc., Cigna Behavioral Health of California, Inc., and Cigna Health Management, Inc. will collectively file one motion to dismiss the five related complaints (numbers 8:20-cv-0269, 8:20-cv-0271, 8:20-cv-0272, 8:20-cv-0273, 8:20-cv-0274); and Viant, Inc., and MultiPlan, Inc. will collectively file one motion to dismiss the five related complaints no later than April 9, 2020;

(2) If motions to dismiss are filed, any oppositions will be filed no later than April 30, 2020;

(3) If motions to dismiss are filed, any reply will be filed no later than May 14, 2020;

(4) If motions to dismiss are filed, the hearing on the motions to dismiss is scheduled for June 15, 2020, at 8:30 a.m.; and

(5) Any consolidated complaint and all papers in support and in opposition to the consolidated motions to dismiss are to be filed in the lead case, *TML Recovery, LLC v. Cigna Corporation, et al.*, Case No. 8:20-cv-0269-DOC-JDE.

**IT IS SO ORDERED.**

Dated: March 10, 2020

*David O. Carter*

Hon. David O. Carter
United States District Court Judge